## 331

stract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 38954.**—Protest 329432–G of Abraham & Straus, Inc. (New York).

Opinion by TILSON, J. From the record it was found that the merchandise consists of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 38955.**—Protest 446430–G of Fashion Bilt Gown Co. (New York).

Opinion by TILSON, J. From the record it was found that the merchandise consists of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 38956.**—Protests 137328–G, etc., of H. Kayser & Fils, Inc. (New York).

Opinion by TILSON, J. It was found that certain items consist of filaments of cellulosic material similar to that involved in Abstracts 25746 and 25903. The claim at 40 cents per pound under paragraph 31 was therefore sustained.

**No. 38957.**—Protest 315492–G of General Shipping & Trdg. Co. (New York).

Opinion by TILSON, J. It was agreed that certain items consist of yarns in the form of singles in chief value of cellulose filaments similar to those the subject of Asiam v. United States (T. D. 48133). The claim at 40 cents per pound under paragraph 31 was therefore sustained.

**No. 38958.**—Petition 5619–R of Goff & Page Co. (Providence).

Opinion by TILSON, J. Good faith having been established by the evidence, the court granted the petition.

JUNE 29, 1938

**No. 38959.**—[redacted]—Protest 882480–G of Sand & Siman. T. D. 49594. Application by plaintiffs for rehearing denied; TILSON, J., dissenting.

BEFORE THE FIRST DIVISION, JULY 6, 1938

**No. 38960.**—Protests 922060–G, etc., of S. Lisk & Bro. (New York).